IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

AUGUSTINE RIVERA,

    Petitioner,           No. C-13-2851 TEH (PR)

    v.                      ORDER OF DISMISSAL

R. GROUNDS, Warden, et al.,

    Respondents.
_____/

    Petitioner Augustine Rivera, an inmate at the California Correctional Training Facility, filed a petition for a writ of habeas corpus on June 20, 2013. Doc. #1. On the same day, the Clerk notified Petitioner that he had not filed an application to proceed in forma pauperis (IFP) with his petition and that he must pay the $5.00 filing fee or complete and sign the Court's IFP application with a Certificate of Funds in Prisoner's Account form. Doc. #2. The Clerk enclosed both forms and a return envelope with the notice. Doc. #2. The Clerk's notice included a warning indicating that, if Petitioner did not respond within twenty-eight (28) days from the filing date stamped on the notice, his action

1 | would be dismissed, the file closed and the entire filing fee will
2 | become due immediately.
3 |        The deadline to file the IFP application or pay the $5,00
4 | fee has passed and Petitioner has not filed the application, paid
5 | the fee or communicated with the Court in any manner.  The action,
6 | therefore, is DISMISSED WITHOUT PREJUDICE for failure to file an IFP
7 | application or pay the filing fee.
8 |        The Clerk shall terminate all pending motions as moot and
9 | close the file.
10 |
11 |        IT IS SO ORDERED.
12 |
13 | DATED    _07/30/2013_            _____
14 |                                  THELTON E. HENDERSON
                                      United States District Judge
15 |
16 |
17 |
18 |
19 | G:\PRO-SE\TEH\HC.13\Rivera 13-2851 Dis No IFP.wpd
20 |
...
28 |                                 **2**