IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

AUGUSTINE RIVERA,

    Petitioner,               No. C-13-2851 TEH (PR)

    v.                            ORDER OF DISMISSAL

R. GROUNDS, Warden, et al.,

    Respondents.
_____/

      Petitioner Augustine Rivera, an inmate at the California Correctional Training Facility, filed a petition for a writ of habeas corpus on June 20, 2013.  Doc. #1.  On the same day, the Clerk notified Petitioner that he had not filed an application to proceed in forma pauperis (IFP) with his petition and that he must pay the $5.00 filing fee or complete and sign the Court's IFP application with a Certificate of Funds in Prisoner's Account form.  Doc. #2.  The Clerk enclosed both forms and a return envelope with the notice.  Doc. #2.  The Clerk's notice included a warning indicating that, if Petitioner did not respond within twenty-eight (28) days from the filing date stamped on the notice, his action

would be dismissed, the file closed and the entire filing fee will become due immediately.

The deadline to file the IFP application or pay the $5,00 fee has passed and Petitioner has not filed the application, paid the fee or communicated with the Court in any manner.  The action, therefore, is DISMISSED WITHOUT PREJUDICE for failure to file an IFP application or pay the filing fee.

The Clerk shall terminate all pending motions as moot and close the file.

IT IS SO ORDERED.

DATED    _07/30/2013_          _____
                                THELTON E. HENDERSON
                                United States District Judge

G:\PRO-SE\TEH\HC.13\Rivera 13-2851 Dis No IFP.wpd

**2**